**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GRANADOS, an individual, | |
| Plaintiff, | **Case No 20-cv-00486-DOC-DFM** |
| v. | Related to 20-cv-00478-DOC-DFM |
| THE GEO GROUP, Inc., CITY OF GARDEN GROVE ROXANNE MENDOZA, ANNA ALCARAZ; and DOES 1 to 10, inclusive, | **ORDER GRANTING JOINT STIPULATION TO AMEND COMPLAINT AND CONSOLIDATE CLAIMS** |
| Defendants. | |

# ORDER

Good cause appearing therefore and pursuant to the stipulation between the Parties, it is hereby ordered as follows:

1. Defendant The GEO Group, Inc. waives, relinquishes, and abandons all rights to raise any statute of limitations defense to Plaintiff's state law claim for negligence, and hereby extends that statute of limitation to four years from this writing, to the extent permitted by law;

2. Defendant City of Garden Grove waives, relinquishes, and abandons all rights to raise any statute of limitations defense to Plaintiff's state law claim for negligence, and hereby extends that statute of limitation to four years from this writing, to the extent permitted by law;

3. Defendant Roxanne Mendoza waives, relinquishes, and abandons all rights to raise any statute of limitations defense to Plaintiff's state law claim for negligence, and hereby extends that statute of limitation to four years from this writing, to the extent permitted by law;

4. Defendant Anna Alcaraz waives, relinquishes, and abandons all rights to raise any statute of limitations defense to Plaintiff's state law claim for negligence, and hereby extends that statute of limitation to four years from this writing, to the extent permitted by law;

5. Defendants The GEO Group, Inc., City of Garden Grove, and defendant-employees Anna Alcaraz and Roxanne Mendoza may not raise any statute of limitations defense to Plaintiff's state law claim for negligence in the federal court case, consistent with CCP § 360.5

6. Should the court dismiss the federal claims, and decline to retain jurisdiction over the state law claims, then the Plaintiff will be allowed to re-file his state law claims in state court consistent with and pursuant to 28 U.S.C. § 1367(d).

7. Plaintiff will be allowed to amend his complaint and to include the California state law claim of negligence so it may be litigated in the federal court case. Plaintiff shall have 20 days upon filing of this stipulation to do so. The Defendants will have 20 days from Plaintiff's amendment to file a responsive pleading.

8. The instant case is consolidated for all purposes with the related case *Cordova v. The GEO GROUP, INC.,* 20-cv-00486-DOC-DFM.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:   July 17, 2020

*[signature: David O. Carter]*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE